McMackin Complaint
Atty 6279971

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | |
|---|---|
| ZACHARY MCMACKIN ) | |
| ) | |
| Plaintiffs ) | Case No. 08 c 50153 |
| ) | |
| v. ) | |
| ) | |
| OFFICER SCOTT CRAWFORD, ) | **F I L E D** |
| POLICE CHIEF LARRY MASON ) | |
| THE CITY OF MARENGO ) | AUG 2 8 2008 |
| ) | |
| Defendants ) | MICHAEL W. DOBBINS |
| | CLERK, U.S. DISTRICT COURT |

### COMPLAINT

### JURISDICTION

1. This is an action brought for damages and other appropriate relief under 42 U.S.C., section 1983, for violation of the plaintiff's Federal Civil Rights by the defendants, whose actions were taken under the color of State law. This action is also based on battery and negligent hiring and retention, reckless hiring and retention.

2. Jurisdiction is conferred upon this court by 28 U.S.C., section 1331, 28 U.S.C., section 1343(a)(3), and under Principles of Pendent Jurisdiction.

3. On or about August 15, 2005, a Complaint on behalf of Brian Gaughan, Kevin Gaughan, Melissa Kelley as Parent of Nichole Surber, Paul Beisner As Parent Of Steven Beisner, Penny Osborn as Parent of Cassandra Craft and Tamara Mcmackin as Parent of Zachary Mcmackin was filed against Defendants Officer Scott Crawford, Police Chief Larry Mason     Officer Kelly Given, The City Of Marengo Special Agent William Kroncke, Special Agent Virgil Schroeder, and Sergeant Rodney Riley.

4. On or about July 24, 2008, the United States District Court, Northern District of Illinois, Western Division, ruled that the Plaintiffs in case No. 05 C 4664 should be severed pursuant to Rule 21 of the Federal Rules of Civil Procedure, and separate cases filed.

5. Subsequent to the filing of the initial case, the plaintiff, STEVE BEISNER, has obtained his majority.

6. On or about June 9, 2003, and at all times relevant herewith, the plaintiff, ZACHARY MCMACKIN, whose date of birth is December 27, 1987, was a resident of the City of Marengo, County of McHenry and State of Illinois, and he lives at the location of 617 First Avenue, Marengo, Illinois 60152

7. On each of these dates, the defendant, THE CITY OF MARENGO, was a municipal corporation organized under the laws of the State of Illinois.

8. On each of these dates, and at all times relevant herewith, the defendant, OFFICER SCOTT CRAWFORD, was employed by the Police Department of the defendant, THE CITY OF MARENGO.

9. On each of these dates or before said dates, and at all times relevant herewith, the defendant, POLICE CHIEF LARRY MASON, was employed by the Police Department of the defendant, THE CITY OF MARENGO.

## COUNT I
## EXCESSIVE FORCE-1983

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1. On or about November 22, 2003, the plaintiff, ZACHARY MCMACKIN, was lawfully on state supported land at Locust Elementary School in the City of Marengo, County of McHenry and State of Illinois.

2. At the time and place aforesaid, the defendant, OFFICER SCOTT CRAWFORD approached the plaintiff, ZACHARY MCMACKIN, in his marked police car and told the plaintiff, ZACHARY MCMACKIN, "McMackin you are mine" and ran toward plaintiff, ZACHARY MCMACKIN.

3. At the time and place aforesaid, the plaintiff, ZACHARY MCMACKIN, in fear of physical harm and harassment ran from the defendant, OFFICER SCOTT CRAWFORD, as he had

previously been unnecessarily harassed and intimidated by the defendant, OFFICER SCOTT CRAWFORD.

4. The defendant, OFFICER SCOTT CRAWFORD, chased the plaintiff, ZACHARY MCMACKIN, and without provocation, need or explanation, tackled the plaintiff, ZACHARY MCMACKIN, and handcuffed him behind his back.

5. The defendant, OFFICER SCOTT CRAWFORD, after he intentionally, needlessly and forcefully restrained the plaintiff, ZACHARY MCMACKIN's, hands behind his back; intentionally, needlessly and maliciously struck the plaintiff, ZACHARY MCMACKIN, in the face; and sprayed two full cans of pepper spray in the his face.

6. The defendant, OFFICER SCOTT CRAWFORD, then placed the plaintiff, ZACHARY MCMACKIN, under arrest without provocation, need or explanation.

7. The defendant, OFFICER SCOTT CRAWFORD,'s conduct resulted in physical and emotional injury to the plaintiff, ZACHARY MCMACKIN, requiring treatment by a mobile medical unit.

8. The plaintiff, ZACHARY MCMACKIN, suffered needless physical pain, as well as humiliation and emotional distress as a result of defendant, OFFICER SCOTT CRAWFORD's, deliberate, willful and malicious actions.

9. At no time prior to or during the arrest did the plaintiff, ZACHARY MCMACKIN, ever use any lewd or derogatory language towards the defendant, OFFICER SCOTT CRAWFORD, and at no time prior to or during the arrest did the plaintiff, ZACHARY MCMACKIN, make any physical threats or threatening gestures towards the defendant, OFFICER SCOTT CRAWFORD. The plaintiff, ZACHARY MCMACKIN, never hit or struck the defendant, OFFICER SCOTT CRAWFORD, and made no attempt to hit or strike him at any time, nor did he ever resist or make any effort to resist the arrest.

10. At the time and place aforesaid, and at all times relevant herewith, the defendant, OFFICER SCOTT CRAWFORD, was acting as the duly authorized agent of the defendant, THE CITY OF MARENGO, and was then and there acting within the scope of said employment with said principal, under the color of state law.

11. In arresting the plaintiff, ZACHARY MCMACKIN, the defendant used physical force which was clearly excessive in light of the circumstances existing at the time of the arrest. Further, the defendant used excessive force with the willful and specific intent to inflict unnecessary harm

upon the plaintiff, ZACHARY MCMACKIN, and such use of force caused and was intended to cause physical and mental injuries to the plaintiff, ZACHARY MCMACKIN.

12. The plaintiff, ZACHARY MCMACKIN's, arrest by the defendant with the use of excessive force was in violation of his rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and his right under the Fourteenth Amendment of the United States to due process of law.

13. The plaintiff, ZACHARY MCMACKIN, suffered painful personal injury, humiliation and emotional distress as a result of being arrested with excessive force.

14. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, ZACHARY MCMACKIN, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

   A.   That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

   B.   That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

   C.   That the plaintiff, ZACHARY MCMACKIN, be awarded attorney's fees and costs under section 1988; and

   D.   Such other relief as this court deems appropriate.

### COUNT II
**BATTERY**

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, OFFICER SCOTT CRAWFORD, states that:

1-11 The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count II of this Complaint.

12. The defendant, OFFICER SCOTT CRAWFORD's, acts were intended to and did indeed cause bodily harm to the plaintiff, ZACHARY MCMACKIN's, person.

13. The defendant, OFFICER SCOTT CRAWFORD's, acts were committed outside of the scope of his authority and constituted a battery upon the plaintiff, ZACHARY MCMACKIN's, person. Further, the defendant, OFFICER SCOTT CRAWFORD's actions were intended to injure the plaintiff, ZACHARY MCMACKIN.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. Such other relief as this court deems appropriate.

## COUNT III
## MARENGO-1983

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-11 The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count III of this Complaint.

12. The defendant, THE CITY OF MARENGO, has violated the plaintiff, ZACHARY MCMACKIN's, constitutional rights through implementation of a custom, policy or official acts of the defendant, THE CITY OF MARENGO.

13. The defendant, THE CITY OF MARENGO, has consistently and habitually failed to take the appropriate corrective action against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers who are guilty of using excessive force.

14. The defendant, THE CITY OF MARENGO, has consistently and habitually failed to conduct adequate investigations into the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers accused of using excessive force.

15. The defendant, THE CITY OF MARENGO, by and through the defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers guilty of using excessive force.

16. The defendant, THE CITY OF MARENGO, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, accepted, promulgated and encouraged the conduct of said officers.

17. The defendant, THE CITY OF MARENGO, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, created a custom and policy of such behavior.

18. The defendant, THE CITY OF MARENGO, as a result of the foregoing, has tacitly approved and implicitly ratified the conduct of the defendant, OFFICER SCOTT CRAWFORD, against the plaintiff, ZACHARY MCMACKIN, and other Marengo police officers guilty of using excessive force.

19. The defendant, THE CITY OF MARENGO, violated the plaintiff, ZACHARY MCMACKIN's, rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and his right under the Fourteenth Amendment of the United States to due process of law.

20. The defendant, THE CITY OF MARENGO, was at all times acting under the color of State law.

21. As a result of the custom and policy of the defendant, THE CITY OF MARENGO, condoning arrests with excessive force, the plaintiff, ZACHARY MCMACKIN, suffered painful personal injury, humiliation and emotional distress.

22. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, ZACHARY MCMACKIN, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, THE CITY OF MARENGO, and that the following relief be awarded:

A. That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

B. That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

C. That the plaintiff, ZACHARY MCMACKIN, be awarded attorney's fees and costs under section 1988; and

D. Such other relief as this court deems appropriate.

## COUNT IV
## MASON-1983

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, POLICE CHIEF LARRY MASON, states that:

1-11 The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count IV of this Complaint.

12. The defendant, POLICE CHIEF LARRY MASON, has violated the plaintiff, ZACHARY MCMACKIN's, constitutional rights through implementation of a custom, policy or official acts of the defendant, THE CITY OF MARENGO.

13. The defendant, POLICE CHIEF LARRY MASON, has consistently and habitually failed to take the appropriate corrective action against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers who are guilty of using excessive force.

14. The defendant, POLICE CHIEF LARRY MASON, has consistently and habitually failed to conduct adequate investigations into the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers accused of using excessive force.

15. The defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers guilty of using excessive force.

16. The defendant, POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, accepted, promulgated and encouraged the conduct of said officers.

17. The defendant, POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant, OFFICER SCOTT CRAWFORD, and other Marengo police officers, created a custom and policy of such behavior.

18. The defendant, POLICE CHIEF LARRY MASON, as a result of the foregoing, has tacitly approved and implicitly ratified the conduct of the defendant, OFFICER SCOTT CRAWFORD, against the plaintiff, ZACHARY MCMACKIN, and other Marengo police officers guilty of using excessive force.

19. The defendant, POLICE CHIEF LARRY MASON, violated the plaintiff, ZACHARY MCMACKIN's, rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and his right under the Fourteenth Amendment of the United States to due process of law.

20. The defendant, POLICE CHIEF LARRY MASON, was at all times acting under the color of State law.

21. As a result of the custom and policy of the defendant, POLICE CHIEF LARRY MASON, condoning arrests with excessive force, the plaintiff, ZACHARY MCMACKIN, suffered painful personal injury, humiliation and emotional distress.

22. Further, pursuant to 42 U.S.C., sections 1983 and 1988, the plaintiff, ZACHARY MCMACKIN, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, POLICE CHIEF LARRY MASON, and that the following relief be awarded:

- A. That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. That the plaintiff, ZACHARY MCMACKIN, be awarded attorney's fees and costs under section 1988; and
- D. Such other relief as this court deems appropriate.

## COUNT V
## RECKLESS HIRING

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-11. The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count V of this Complaint.

12. Prior to his employment with defendant, THE CITY OF MARENGO, defendant, OFFICER SCOTT CRAWFORD, had been fired or forced to resign from the Police Department of the City of Waukegan for misconduct;

13. The defendant's misconduct stemmed from allegations of police brutality and the use of excessive force in the line of duty;

14. The defendant, OFFICER SCOTT CRAWFORD, was fired from his position with the City of Marengo upon conclusion of two internal investigations unrelated to the events alleged in this case, which firing was subsequent to the filing of case No. 05 C 4664.

15. The defendant, THE CITY OF MARENGO, knew or should have known of defendant's past misconduct when hiring the defendant.

16. The defendant, THE CITY OF MARENGO, with a reckless disregard deliberately chose to hire the defendant, OFFICER SCOTT CRAWFORD, despite his unfitness as a law enforcement officer, and this decision was the proximate cause of the physical and emotional injury to the plaintiff, ZACHARY MCMACKIN.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

- A. That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);
- B. That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);
- C. Such other relief as this court deems appropriate.

## COUNT VI
## RECKLESS RETENTION
## (ZACHARY MCMACKIN)

NOW COMES the plaintiff, ZACHARY MCMACKIN, by and through his attorneys, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendant, THE CITY OF MARENGO, states that:

1-11 The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count VI of this Complaint.

12  Prior to his employment with defendant, THE CITY OF MARENGO, defendant, OFFICER SCOTT CRAWFORD, had been fired or forced to resign from the Police Department of the City of Waukegan for misconduct;

13  The defendant's misconduct stemmed from allegations of police brutality and the use of excessive force in the line of duty;

14  The defendant is currently on paid administrative leave from his duties as a law enforcement officer of defendant, THE CITY OF MARENGO, pending the outcome of two internal investigations unrelated to the events alleged in this Complaint

15  The defendant, THE CITY OF MARENGO, knew or should have known of defendant's past misconduct.

16  The defendant, THE CITY OF MARENGO, despite knowing of defendant's past misconduct and the current investigations pending against the defendant, nonetheless chose to retain the defendant as a law enforcement officer.

17  The defendant, THE CITY OF MARENGO, with a reckless disregard deliberately chose to retain, the defendant, OFFICER SCOTT CRAWFORD, despite his unfitness as a law enforcement officer, and this decision was the proximate cause of the physical and emotional injury to the plaintiff, ZACHARY MCMACKIN.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendant, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

    A.    That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

B.   That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

C.   Such other relief as this court deems appropriate.

## COUNT VII
## CONSPRIRACY

NOW COMES the plaintiff, STEVEN BEISNER, by and through his attorney, KEVIN E. O'REILLY and the LAW OFFICES OF KEVIN E. O'REILLY, and complaining of the defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, state that:

1-11. The plaintiff, ZACHARY MCMACKIN, re-alleges and incorporates by reference Paragraphs 1-11 of Count I of this Complaint as Paragraphs 1-11 of Count VII of this Complaint.

12. The defendant's, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, and other Marengo Police Officers, have conspired to violate the plaintiff, ZACHARY MCMACKIN's, constitutional rights through an agreed implementation of a custom, policy, or official acts of the defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD and other Marengo Police Officers.

13. The defendants, THE CITY OF MARENGO and POLICE CHIEF LARRY MASON, have consistently and habitually failed to take the appropriate corrective action against the defendant's OFFICER SCOTT CRAWFORD, and other Marengo Police Officers who are guilty of using excessive force, false arrest, and malicious prosecution.

14. The defendant's, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON have consistently and habitually failed to conduct adequate investigations into the defendants, OFFICER SCOTT CRAWFORD, and other Marengo Police Officers accused of using excessive force, false arrest, and malicious prosecution.

15. The defendant, THE CITY OF MARENGO, by and through the defendant, POLICE CHIEF LARRY MASON, deliberately refused to take disciplinary action or corrective measures against the defendants, OFFICER SCOTT CRAWFORD, and other Marengo Police Officers guilty of using excessive force, false arrest and malicious prosecution.

16. The defendants, THE CITY OF MARENGO and POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendant's, OFFICER SCOTT CRAWFORD, and other Marengo Police Officers, accepted, promulgated and encouraged the conduct of said officers

17. The defendant's, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, knowing of the aforementioned conduct of the defendants, OFFICER SCOTT CRAWFORD, and other Marengo Police Officers, created a custom and policy of such behavior.

18. The defendants, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, as a result of the foregoing, have tacitly approved and implicitly ratified the conduct of the defendant, OFFICER SCOTT CRAWFORD and other Marengo Police Officers, guilty of using excessive force, false arrest, and malicious prosecution against the plaintiff, ZACHARY MCMACKIN.

19. The defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD and other Marengo Police Officers, have conspired to violate the plaintiff, ZACHARY MCMACKIN's, rights under the Fourteenth Amendment of the United States Constitution to be free from unreasonable arrest and their rights under the Fourteenth Amendment of the United States to due process of law.

20. The defendants, THE CITY OF MARENGO, POLICE CHIEF LARRY MASON, and OFFICER SCOTT CRAWFORD, were at all times acting under the color of State law.

21. As a result of the agreed upon custom and policy of the defendants, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, condoning arrests with excessive force, false arrests and malicious prosecutions, the plaintiff, ZACHARY MCMACKIN, was deprived of his constitutional rights, suffered painful personal injuries, humiliation and emotional distress.

22. As a result of the agreed upon custom and policy of the defendants, THE CITY OF MARENGO & POLICE CHIEF LARRY MASON, and the needless and malevolent arrest and prosecution, the plaintiff, ZACHARY MCMACKIN, was required to hire the services of a lawyer and a private investigator to defend himself against the charges incurring substantial legal expenses.

23. Further, pursuant to 42 U.S.C., 1983 and 1988, the plaintiff, ZACHARY MCMACKIN, seeks an award of attorney's fees and costs incurred in bringing this action.

**WHEREFORE,** the plaintiff, ZACHARY MCMACKIN, requests this court enter a Judgment in favor of the plaintiff, ZACHARY MCMACKIN, and against the defendants, THE

CITY OF MARENGO, POLICE CHIEF LARRY MASON, OFFICER SCOTT CRAWFORD, and that the following relief be awarded:

A. That the plaintiff, ZACHARY MCMACKIN, be awarded compensatory damages in the amount of Five-Hundred Thousand Dollars ($500,000.00);

B. That the plaintiff, ZACHARY MCMACKIN, be awarded punitive damages in the amount of One Million Dollars ($1,000,000.00);

C. That the plaintiff, ZACHARY MCMACKIN, be awarded attorney's fees and costs under section 1988; and

D. Such other relief as this court deems appropriate.

/S/ Melissa K. Ventrone
Melissa K. Ventrone
Attorney for the Plaintiffs

ATTY #: 6279971
The Law Offices of Kevin E. O'Reilly
Three First National Plaza
70 West Madison Street
Suite 2100
Chicago, Illinois 60602
T     (312) 726-4510
F     (312) 726-4512